BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01195-JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING DATE |
| vs. | ) | AND EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| RODNEY HATFIELD and | ) | |
| LLOYD MYERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**<u>STIPULATION</u>**

Defendant Lloyd Myers, by and through Assistant Federal Public Defender Varell L. Fuller; Rodney Hatfield, by and through counsel Geoffrey Alan Braun; and the United States, by and through Assistant United States Attorney Timothy J. Lucey, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, May 6, 2010, at 9:00 a.m., shall be continued to Thursday, July 8, 2010 at 9:00 a.m.

The reason for the continuance is the defense needs time to review the voluminous discovery recently produced by the government: 10,928 pages of discovery produced on February 25, 2010; an additional 3,734 pages of discovery produced on April 27, 2010; and two disks containing 11,591 emails produced on April 30, 2010.  In addition, counsel for defendant

Hatfield is unavailable to participate in a status hearing in June.

For the foregoing reasons, the parties jointly request and agree to an exclusion of the time between May 6, 2010, and July 8, 2010, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: May 3, 2010

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender
Counsel for Lloyd Myers

Dates: May 3, 2010

_____/s/_____
GEOFFREY ALAN BRAUN
Counsel for Rodney Hatfield

Dated: May 3, 2010

_____/s/_____
TIMOTHY J. LUCEY
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, May 6, 2010, shall be continued to Thursday, July 8, 2010, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between May 6, 2010, and July 8, 2010, would unreasonably deny defendant Hatfield continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time

1  between May 6, 2010, and July 8, 2010, from computation under the Speedy Trial Act outweigh

2  the interests of the public and the defendant in a speedy trial.

3       THEREFORE, IT IS HEREBY ORDERED that the time between May 6, 2010, and July

4  8, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

5  3161(h)(7)(A) and (B)(iv).

6       IT IS SO ORDERED.

7  Dated: 5/5/10

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge

Stipulation and [Proposed] Order
No. CR 09-01195 JF                                3