1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: Timothy.Lucey@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )      No. CR 09 - 01195 JF
                                       )
14          Plaintiff,                 )      STIPULATION AND
                                       )      [PROPOSED] ORDER
15     v.                              )
                                       )
16  RODNEY HATFIELD, et al.,           )
                                       )
17          Defendants.                )
                                       )
18  _____)

19          WHEREAS, the government has produced in excess of 30,000 pages of discovery to

20  counsel for the defendants, and where the discovery includes financial records, trading records,

21  and emails, such that the matter is considered complex under 18 U.S.C. § 3161(h)(8)(B)(ii);

22          WHEREAS, counsel for the defendants need sufficient time to review the discovery, in

23  order to effectively prepare for the defense of this matter, pursuant to 18 U.S.C. §

24  3161(h)(7)(B)(iv);

25          WHEREAS, counsel for the government is away from the office and unavailable to

26  appear before this Court on Thursday, July 8, 2010;

27          WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this

28  matter is appropriate given the and the need for effective preparation of counsel and where the

1  next available date where all counsel are available is September 2, 2010, such that there is a need

2  for a  continuance to such date based on continuity of counsel, pursuant to 18 U.S.C. §

3  3161(h)(7)(B)(iv);

4        THEREFORE, the parties mutually and jointly stipulate that the matter should be

5  continued, based on the complexity of this case, the need for effective preparation of counsel, and

6  the need for continuity of counsel, and the parties jointly request that the Court continue the

7  matter until **Thursday, September 2, 2010, at 9:00 a.m.**  The parties agree that continuing the

8  case until September 2, 2010, is necessary, given the complexity of the case, the need for defense

9  counsel to review and analyze a large amount of discovery, and the need to maintain continuity

10 of counsel.   The parties also agree that failing to grant a continuance would deny counsel for the

11 defense the reasonable time necessary for effective preparation and continuity of counsel, taking

12 into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

13       The parties also agree, and the Court has found previously, that the case involves

14 government allegations of a complicated fraud scheme with substantial evidence, both paper and

15 electronic, and that thus "the case is so unusual or so complex, due to . . . the nature of the

16 prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect

17 adequate preparation for pretrial proceedings or for the trial itself within the time limits

18 established" by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(7)(ii).

19       Finally, the parties agree that the ends of justice served by excluding time from July 8,

20 2010, until September 2, 2010,  outweigh the best interest of the public and the defendant in a

21 speedy trial.  Id. § 3161(h)(A).

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**STIPULATED:**

DATED: July 2, 2010

                                            /S/
                                GEOFFREY A. BRAUN
                                Attorney for RODNEY HATFIELD

DATED: July 2, 2010

                                            /S/
                                VARELL L. FULLER
                                Assistant Federal Public Defender
                                Attorney for LLOYD MYERS

DATED:  July 2, 2010

                                            /S/
                                TIMOTHY J. LUCEY
                                Assistant United States Attorney

<u>**ORDER**</u>

For good cause shown, the Court continues the matter until **Thursday, September 2, 2010, at 9:00 a.m.**

The Court enters this order excluding time from July 8, 2010, up to and including September 2, 2010.  Specifically, the parties agree, and the Court finds and holds that such that time should be excluded until September 2, 2010, and furthermore that failing to grant a continuance until September 2, 2010, would unreasonably deny the defendant continuity of counsel, and also would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties also agree, and the Court finds and holds, that the case involves government allegations of a complicated fraud scheme with substantial evidence, both paper and electronic, and that thus "the case is so unusual or so complex, due to . . . the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" by the Speedy Trial Act.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(ii).

////

STIPULATION AND [PROPOSED] ORDER
[09 - 01195 JF]                    3

1    Finally, the parties agree, and the Court finds and holds, that the ends of justice served by

2    excluding time from July 8, 2010, through September 2, 2010, outweigh the best interest of the

3    public and the defendant in a speedy trial.  Id. § 3161(h)(A).

4

5    **IT IS SO ORDERED.**

6

7    **DATED:** ___7/7/10_____

8    **HON. JEREMY FOGEL**
     **United States District Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
[09 - 01195 JF]                                    4