MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: Timothy.Lucey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09 - 01195 JF |
| Plaintiff, | STIPULATION AND |
| v. | [PROPOSED] ORDER |
| RODNEY HATFIELD, et al., | |
| Defendants. | |

WHEREAS, the government has produced in excess of 30,000 pages of discovery to counsel for the defendants, and where the discovery includes financial records, trading records, and emails, such that the matter is considered complex under 18 U.S.C. § 3161(h)(8)(B)(ii);

WHEREAS, counsel for the defendants need sufficient time to review the discovery, in order to effectively prepare for the defense of this matter, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

WHEREAS, the court reset this matter from Thursday, February 17, 2011 until Thursday, February 24, 2011, a date on which counsel for defendant Rodney Hatfield is currently preparing for and will shortly be representing another client in another matter in the California Superior Court, such that the need for a continuance based on continuity of defense counsel also exists,

1   pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

2        WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this

3   matter is appropriate given the and the need for effective preparation of counsel and where the

4   next available date where all counsel are available is April 7, 2011, such that there is a need for a

5   continuance to such date based on continuity of counsel, pursuant to 18 U.S.C. §

6   3161(h)(7)(B)(iv);

7        THEREFORE, the parties mutually and jointly stipulate that the matter should be

8   continued, based on the complexity of this case, the need for effective preparation of counsel, and

9   the need for continuity of counsel, and the parties jointly request that the Court continue the

10  matter until **Thursday, April 7, 2011, at 9:00 a.m.**

11       The parties agree that continuing the case until April 7, 2011, is necessary, given the

12  complexity of the case, the need for defense counsel to review and analyze a large amount of

13  discovery, and the need to maintain continuity of counsel.   The parties also agree that failing to

14  grant a continuance would deny counsel for the defense the reasonable time necessary for

15  effective preparation and continuity of counsel, taking into account the exercise of due diligence.

16  See 18 U.S.C. § 3161(h)(7)(B)(iv).

17       The parties also agree, and the Court has found previously, that the case involves

18  government allegations of a complicated fraud scheme with substantial evidence, both paper and

19  electronic, and that thus "the case is so unusual or so complex, due to . . . the nature of the

20  prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect

21  adequate preparation for pretrial proceedings or for the trial itself within the time limits

22  established" by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(7)(ii).

23       Finally, the parties agree that the ends of justice served by excluding time from February

24  17, 2011, until April 7, 2011,  outweigh the best interest of the public and the defendant in a

25  ////

26  ////

27  ////

28  ////

1   speedy trial.  Id. § 3161(h)(A).

2

3   **STIPULATED:**

4

5

6   DATED: February 22, 2011              /s/
                                          GEOFFREY A. BRAUN
7                                         Attorney for RODNEY HATFIELD

8   DATED: February 22, 2011              /s/
                                          VARELL L. FULLER
9                                         Assistant Federal Public Defender
                                          Attorney for LLOYD MYERS
10

11  DATED: February 22, 2011              /s/
                                          TIMOTHY J. LUCEY
12                                        Assistant United States Attorney

13

14

15                        **<u>ORDER</u>**

16        For good cause shown, the Court continues the matter until **<u>Thursday, April 7, 2011, at</u>**

17  **<u>9:00 a.m.</u>**

18        The Court enters this order excluding time from February 17, 2011, up to and including

19  April 7, 2011.  Specifically, the parties agree, and the Court finds and holds that such that time

20  should be excluded until April 7, 2011, and furthermore that failing to grant a continuance until

21  April 7, 2011, would unreasonably deny the defendant continuity of counsel, and also would

22  deny defense counsel the reasonable time necessary for effective preparation, taking into account

23  the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

24        The parties also agree, and the Court finds and holds, that the case involves government

25  allegations of a complicated fraud scheme with substantial evidence, both paper and electronic,

26  and that thus "the case is so unusual or so complex, due to . . . the nature of the prosecution, or

27  the existence of novel questions of fact or law, that it is unreasonable to expect adequate

28  preparation for pretrial proceedings or for the trial itself within the time limits established" by the

STIPULATION AND [PROPOSED] ORDER
[09 - 01195 JF]                           3

1    Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(B)(ii).

2         Finally, the parties agree, and the Court finds and holds, that the ends of justice served by

3    excluding time from February 17, 2011, through April 7, 2011, outweigh the best interest of the

4    public and the defendant in a speedy trial.  Id. § 3161(h)(A).

5

6         **IT IS SO ORDERED.**

7

8    **DATED:** _2/23/11_____

9                                    **HON. JEREMY FOGEL**
                                     **United States District Judge**