1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: Timothy.Lucey@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )   No. CR 09 - 01195 JF
                                    )
14      Plaintiff,                  )   STIPULATION AND
                                    )   [PROPOSED] ORDER
15      v.                          )
                                    )
16 RODNEY HATFIELD, et al.,         )
                                    )
17      Defendants.                 )
                                    )
18 _____

19      WHEREAS, the government has produced in excess of 60,000 pages of discovery to

20 counsel for the defendants, and where the discovery includes financial records, trading records,

21 and emails, such that the matter is considered complex under 18 U.S.C. § 3161(h)(8)(B)(ii);

22      WHEREAS, counsel for the defendants need sufficient time to review the discovery, in

23 order to effectively prepare for the defense of this matter, pursuant to 18 U.S.C. §

24 3161(h)(7)(B)(iv);

25      WHEREAS, counsel for defendant Rodney Hatfield is set to appear in another matter in

26 the California Superior Court, such that the need for a continuance based on continuity of

27 defense counsel also exists, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

28      WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this

1  matter is appropriate given the and the need for effective preparation of counsel and where the
2  next available date where all counsel are available is June 16, 2011, such that there is a need for a
3  continuance to such date based on continuity of counsel, pursuant to 18 U.S.C. §
4  3161(h)(7)(B)(iv);
5     THEREFORE, the parties mutually and jointly stipulate that the matter should be
6  continued, based on the complexity of this case, the need for effective preparation of counsel, and
7  the need for continuity of counsel, and the parties jointly request that the Court continue the
8  matter until **Thursday, June 16, 2011, at 9:00 a.m.**
9     The parties agree that continuing the case until June 16, 2011, is necessary, given the
10 complexity of the case, the need for defense counsel to review and analyze a large amount of
11 discovery, and the need to maintain continuity of counsel.   The parties also agree that failing to
12 grant a continuance would deny counsel for the defense the reasonable time necessary for
13 effective preparation and continuity of counsel, taking into account the exercise of due diligence.
14 See 18 U.S.C. § 3161(h)(7)(B)(iv).
15    The parties also agree, and the Court has found previously, that the case involves
16 government allegations of a complicated fraud scheme with substantial evidence, both paper and
17 electronic, and that thus "the case is so unusual or so complex, due to . . . the nature of the
18 prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect
19 adequate preparation for pretrial proceedings or for the trial itself within the time limits
20 established" by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(7)(ii).
21    Finally, the parties agree that the ends of justice served by excluding time from April 7,
22 2011, until June 16, 2011,  outweigh the best interest of the public and the defendant in a
23 speedy trial.  Id. § 3161(h)(A).
24 **STIPULATED:**
25
26 DATED: April 6, 2011                    _____/s/_____
                                           GEOFFREY A. BRAUN
27                                         Attorney for RODNEY HATFIELD
28

STIPULATION AND [PROPOSED] ORDER
[09 - 01195 JF]                           2

1  DATED: April 6, 2011          _____/s/_____
2                                 VARELL L. FULLER
                                  Assistant Federal Public Defender
                                  Attorney for LLOYD MYERS
3
4  DATED: April 6, 2011          _____/s/_____
                                  TIMOTHY J. LUCEY
5                                 Assistant United States Attorney
6
7                                      **ORDER**

8    For good cause shown, the Court continues the matter until **Thursday, June 16, 2011, at**
9  **9:00 a.m.**
10   The Court enters this order excluding time from April 7, 2011, up to and including June
11 16, 2011.  Specifically, the parties agree, and the Court finds and holds that such that time should
12 be excluded until June 16, 2011, and furthermore that failing to grant a continuance until June
13 16, 2011, would unreasonably deny the defendant continuity of counsel, and also would deny
14 defense counsel the reasonable time necessary for effective preparation, taking into account the
15 exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
16   The parties also agree, and the Court finds and holds, that the case involves government
17 allegations of a complicated fraud scheme with substantial evidence, both paper and electronic,
18 and that thus "the case is so unusual or so complex, due to . . . the nature of the prosecution, or
19 the existence of novel questions of fact or law, that it is unreasonable to expect adequate
20 preparation for pretrial proceedings or for the trial itself within the time limits established" by the
21 Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(B)(ii).
22   Finally, the parties agree, and the Court finds and holds, that the ends of justice served by
23 excluding time from April 7, 2011, through June 16, 2011, outweigh the best interest of the
24 public and the defendant in a speedy trial.  Id. § 3161(h)(A).
25   **IT IS SO ORDERED.**
26
27 DATED: 4/12/11                 _____
                                  **HON. JEREMY FOGEL**
28                                **United States District Judge**

STIPULATION AND [PROPOSED] ORDER
[09 - 01195 JF]                                3