1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: Timothy.Lucey@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )   No. CR 09 - 01195 JF
                                    )
14      Plaintiff,                  )   STIPULATION AND
                                    )   [PROPOSED] ORDER
15      v.                          )
                                    )
16 RODNEY HATFIELD, et al.,         )
                                    )
17      Defendants.                 )
                                    )
18

19      WHEREAS, the government has produced in excess of 30,000 pages of discovery to

20 counsel for the defendants, and where the discovery includes financial records, trading records,

21 and emails, such that the matter is considered complex under 18 U.S.C. § 3161(h)(8)(B)(ii);

22      WHEREAS, counsel for the defendants need sufficient time to review the discovery, in

23 order to effectively prepare for the defense of this matter, pursuant to 18 U.S.C. §

24 3161(h)(7)(B)(iv);

25      WHEREAS, counsel for defendant Rodney Hatfield is currently preparing for and will

26 shortly be representing another client in a criminal felony trial in California Superior Court, such

27 that the need for a continuance based on continuity of defense counsel also exists, pursuant to 18

28 U.S.C. § 3161(h)(7)(B)(iv);

STIPULATION AND [PROPOSED] ORDER
[09 - 01195 JF]                           1

1    WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this
2 matter is appropriate given the and the need for effective preparation of counsel and where the
3 next available date where all counsel are available is February 17, 2011, such that there is a need
4 for a continuance to such date based on continuity of counsel, pursuant to 18 U.S.C. §
5 3161(h)(7)(B)(iv);
6    THEREFORE, the parties mutually and jointly stipulate that the matter should be
7 continued, based on the complexity of this case, the need for effective preparation of counsel, and
8 the need for continuity of counsel, and the parties jointly request that the Court continue the
9 matter until **Thursday, February 17, 2011, at 9:00 a.m.**
10    The parties agree that continuing the case until February 17, 2011, is necessary, given the
11 complexity of the case, the need for defense counsel to review and analyze a large amount of
12 discovery, and the need to maintain continuity of counsel.  The parties also agree that failing to
13 grant a continuance would deny counsel for the defense the reasonable time necessary for
14 effective preparation and continuity of counsel, taking into account the exercise of due diligence.
15 See 18 U.S.C. § 3161(h)(7)(B)(iv).
16    The parties also agree, and the Court has found previously, that the case involves
17 government allegations of a complicated fraud scheme with substantial evidence, both paper and
18 electronic, and that thus "the case is so unusual or so complex, due to . . . the nature of the
19 prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect
20 adequate preparation for pretrial proceedings or for the trial itself within the time limits
21 established" by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(7)(ii).
22    Finally, the parties agree that the ends of justice served by excluding time from January 6,
23 2011, until February 17, 2011,  outweigh the best interest of the public and the defendant in a
24 speedy trial.  Id. § 3161(h)(A).
25 **STIPULATED:**
26
27 DATED: January 4, 2010         _____/s/_____
                                    GEOFFREY A. BRAUN
28                                  Attorney for RODNEY HATFIELD

STIPULATION AND [PROPOSED] ORDER
[09 - 01195 JF]                             2

1  DATED: January 4, 2010             /s/
                                      VARELL L. FULLER
2                                     Assistant Federal Public Defender
                                      Attorney for LLOYD MYERS
3

4

5  DATED: January 4, 2010             /s/
                                      TIMOTHY J. LUCEY
6                                     Assistant United States Attorney

7

8

9                                   **ORDER**

10      For good cause shown, the Court continues the matter until **Thursday, February 17,** July 28

11  **2011, at 9:00 a.m.**
                                              June 16
12      July 28 The Court enters this order excluding time from ~~January 6,~~ 2011, up to and including

13  ~~February 17~~, 2011.  Specifically, the parties agree, and the Court finds and holds that such that
                                        July 28
14  time should be excluded until ~~February 17~~, 2011, and furthermore that failing to grant a
                                    July 28
15  continuance until ~~February 17~~, 2010, would unreasonably deny the defendant continuity of

16  counsel, and also would deny defense counsel the reasonable time necessary for effective

17  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §

18  3161(h)(8)(B)(iv).

19      The parties also agree, and the Court finds and holds, that the case involves government

20  allegations of a complicated fraud scheme with substantial evidence, both paper and electronic,

21  and that thus "the case is so unusual or so complex, due to . . . the nature of the prosecution, or

22  the existence of novel questions of fact or law, that it is unreasonable to expect adequate

23  preparation for pretrial proceedings or for the trial itself within the time limits established" by the

24  Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(B)(ii).

25  ////

26  ////

27  ////

28  ////

STIPULATION AND [PROPOSED] ORDER
[09 - 01195 JF]                              3

1  Finally, the parties agree, and the Court finds and holds, that the ends of justice served by
2  excluding time from ~~January 6~~ June 16, 2011, through ~~February 17~~ July 28, 2011, outweigh the best interest of
3  the public and the defendant in a speedy trial. Id. § 3161(h)(A).
4
5  **IT IS SO ORDERED.**
6
7  **DATED:** 6/16/11
8  **HON. JEREMY FOGEL**
   **United States District Judge**

STIPULATION AND [PROPOSED] ORDER
[09 - 01195 JF]                             4