1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
6     Telephone:  (408) 535-5054
      Fax: (408) 535-5066
7     E-Mail: Timothy.Lucey@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,          )   No. CR 09 - 01195 EJD
                                      )
14         Plaintiff,                 )   STIPULATION AND
                                      )   [PROPOSED] ORDER
15    v.                              )
                                      )
16 RODNEY HATFIELD, et al.,           )
                                      )
17         Defendants.                )
                                      )
18

19     WHEREAS, the Court has already set a trial date in this matter, March 11, 2013, and has

20 already excluded time up and including March 11, 2013, but had set an interim status date on

21 July 2, 2012, to accommodate a potential change of plea or any other matters that the parties

22 wished to address to the Court in advance of the pre-trial conference;

23     WHEREAS, counsel for the United States recently completed a multi-week jury trial in

24 this District, such that the parties have not been able to meet to continue, and potentially

25 complete, their respective discussions regarding a disposition of this matter as to one or both

26 defendants;

27     WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this

28 matter is appropriate given the and the need for complexity, effective preparation of counsel, and

STIPULATION AND [PROPOSED] ORDER
[09 - 01195 EJD]                    1

unavailability of one of the defense counsel, and where the next available date where all counsel are available is August 27, 2012, such that there is a need for a continuance to such date based on continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

THEREFORE, the parties mutually and jointly stipulate that the matter should be continued, based on the complexity of this case, the need for effective preparation of counsel, unavailability of one defense counsel, and the need for continuity of counsel, and the parties jointly request that the Court continue the matter until **Monday, August 27, 2012, at 1:30 p.m.**

**STIPULATED:**

DATED: June 27, 2012         /s/
                             MICHAEL ARMSTRONG
                             Attorney for RODNEY HATFIELD

DATED: June 27, 2012         /s/
                             VARELL L. FULLER
                             Assistant Federal Public Defender
                             Attorney for LLOYD MYERS

DATED: June 27, 2012         /s/
                             TIMOTHY J. LUCEY
                             Assistant United States Attorney

## ORDER

For good cause shown, the Court continues the matter until **Monday, August 27, 2012, at 1:30 p.m.**  The Court has already excluded time up and including the date of trial, March 11, 2013.

**IT IS SO ORDERED.**

**DATED:** 6/28/2012                    _____
                                       **HON. EDWARD J. DAVILA**
                                       **United States District Judge**