Michael W. Armstrong (SBN: 87799)

Nolan, Armstrong & Barton, LLP

600 University Ave. \ Palo Alto, CA 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Rodney Hatfield

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RODNEY HATFIELD AND LLOYD MYERS,<br><br>             Defendants. | No. CR 09-01195 EJD<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER [PROPOSED]**<br><br>Date:     Monday, August 27, 2012<br>Time:    1:30 p.m.<br><br>Before The Honorable Edward J. Davila |

The parties hereby stipulate to continue the status conference currently scheduled for Monday, August 27, 2012, at 1:30 p.m. until Monday, November 5, 2012 at 1:30 p.m.  The reason for this continuance is to allow time for defendants' counsel to continue to work toward a resolution of the case with the government.  Time has previously been excluded through the presently scheduled trial date in March 2013.

Assistant United States Attorney, Timothy Lucey, has no objection to this continuance request, and co-counsel Varell Fuller is in agreement with the continuance.

\ \

\ \

---

STIPULATION TO CONTINUE STATUS HEARING; ORDER [PROPOSED]; CASE NO. CR 09-01195 (EJD)

1

Respectfully submitted,

NOLAN, ARMSTRONG & BARTON, LLP

Dated: August 24, 2012

/s/
_____
Michael W. Armstrong, Esq.
Attorney for Defendant
Rodney Hatfield

Dated: August 24, 2012

/s/
_____
Timothy Lucey
Assistant United States Attorney

Dated: August 24, 2012

/s/
_____
Varell Fuller
Attorney for Defendant
Lloyd Myers

# [PROPOSED] ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the status hearing currently scheduled for Monday, August 27, 2012 at 1:30 p.m., for the captioned defendants is continued until Monday, November 5, 2012, at 1:30 p.m. as to BOTH defendants. Time has previously been excluded through the presently scheduled trial date in March 2013.

Dated: August __24__, 2012

_____
HON. EDWARD J. DAVILA
United States District Court Judge

STIPULATION TO CONTINUE STATUS HEARING: ORDER (PROPOSED): CASE NO. CR 09-01195